UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Otis Mays, | Civ. No. 21-2086 (PJS/BRT) |
| Plaintiff, | |
| v. | **ORDER ON REPORT AND RECOMMENDATION** |
| Federal Bureau of Investigation, Travis Yarbrough, Richard A. Waller, and Bernard Holmes, | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the Unites States Magistrate Judge. ECF No. 14. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. This action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. Plaintiff Otis Mays's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), letter requesting a temporary restraining order or preliminary injunction (Doc. No. 3), and letter requesting that the Court order to Defendants to save certain materials (Doc. No. 7) are **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

2

Dated: March 31, 2022                     *s/Patrick J. Schiltz*
                                          PATRICK J. SCHILTZ
                                          United States District Judge